# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

## CASE NO. 23-1572

| | |
|---|---|
| MINNESOTA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, and FUR TAKERS OF AMERICA, INC., <br><br> Intervenors/Appellants, <br><br> vs. <br><br> SARAH STROMMEN *in her official capacity as Commissioner of the Department of Natural Resources*, <br><br> Defendant/Appellee, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff/Appellee. | District Court Case No. 20-CV-2554 (ECT/JFD) <br><br><br><br><br><br><br><br> **NOTICE OF APPENDIX PREPARATION** |

PLEASE TAKE NOTICE THAT the parties have conferred and intend to prepare and file separate appendices pursuant to Eighth Circuit Rule 30A(b) and Federal Rule of Appellate Procedure 30(b).

Dated: April 7, 2023

Respectfully submitted,

**LEISTICO & ESCH, PLLC**

 */s/ Gary R. Leistico*
Gary R. Leistico (024448X)
Jayne E. Esch (0399215)
P.O. Box 365
Clear Lake, MN 55319
(763) 272-5825
gleistico@leisticoesch.com
jesch@leisticoesch.com

1

*Attorneys for Intervenors/Appellants
Minnesota Trappers Association,
National Trappers Association, and
Fur Takers of America, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel hereby certifies that on April 7, 2023, he electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which will send notification of such filing to counsel for all parties.

Dated: April 7, 2023					**LEISTICO & ESCH, PLLC**

*/s/ Gary R. Leistico*
Gary R. Leistico (024448X)
Jayne E. Esch (0399215)
P.O. Box 365
Clear Lake, MN 55319
(763) 272-5825
gleistico@leisticoesch.com
jesch@leisticoesch.com

*Attorneys for Intervenors/Appellants Minnesota Trappers Association, National Trappers Association, and Fur Takers of America, Inc.*
