

**LEISTICO & ESCH, PLLC**
ATTORNEYS AT LAW

Gary R. Leistico, Attorney
Direct: (320) 267-6721
gleistico@leisticoesch.com

Jayne E. Esch, Attorney
Direct: (715) 441-3219
jesch@leisticoesch.com

Thomas S. Maigaard, Attorney
Direct: (515) 864-8997
tmaigaard@leisticoesch.com

August 11, 2023

U.S. Court of Appeals, Eighth Circuit
Thomas E. Eagleton Courthouse
Room 24.329
111 S. 10th Street
St. Louis, MO 63102

**SENT VIA E-FILE**

**Re:** **Center for Biological Diversity, et al v. MN Trappers Association, et al**
**Eighth Circuit Court Case No. 23-1572**
**Our File No. 87-00023**

Dear U.S. Court of Appeals:

Our firm represents the Intervenor Defendants-Appellants Minnesota Trappers Association, National Trappers Association, and Fur Takers of America, Inc. in this above-referenced matter. Below is the list of dates we are unavailable for oral arguments in this matter.

- September 18-22, 2023
- October 16-18, 2023
- November 13-16, 2023
- December 11-15, 2023

Thank you for your consideration in this matter.

Sincerely,

/s/ Gary R. Leistico
Gary R. Leistico

PO Box 365
Clear Lake, MN 55319

www.leisticoesch.com

Office: (763) 272-5825
Fax: (763) 392-0757