The Office of
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect • www.ag.state.mn.us

September 5, 2023

**BY E-FILING**

Mr. Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

> Re: Center for Biological Diversity v. Strommen et al.
> Case No. 23-1572

Dear Mr. Gans:

I represent Defendant-Appellee Sarah Strommen, in her official capacity as the Commissioner of the Minnesota Department of Natural Resources, in this appeal. I am unavailable on the following dates for oral argument:

- October 17, 2023
- November 14, 2023

Thank you for your consideration.

Sincerely,

/s/ **Pete Farrell**

Peter J. Farrell
Assistant Attorney General
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2134
(651) 757-1424 (phone)
peter.farrell@ag.state.mn.us
*Attorney for Defendant-Appellee*

cc: All counsel of record (via e-filing)

445 Minnesota Street, Suite 1400, St. Paul, MN 55101-2131
Office: (651) 296-3353 • Toll Free: (800) 657-3787 • Minnesota Relay: (800) 627-3529
An Equal Opportunity Employer Who Values Diversity • Printed on 30% Post-Consumer Material Paper

Appellate Case: 23-1572    Page: 1    Date Filed: 09/05/2023 Entry ID: 5313044