# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 24, 2023

Mr. Gary Leistico
LEISTICO & ESCH
P.O. Box 365
Clear Lake, MN  55319

   RE:  23-1572  Minnesota Trappers Association, et al v. Sarah Strommen, et al

Dear Counsel:

  The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

  Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

  The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

  Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

  The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CBO

Enclosure(s)

cc:    Ms. Collette Lucille Adkins
       Ms. Carla R Bebault
       Ms. Jayne Eliza Esch
       Mr. Peter J. Farrell
       Mr. Marc D. Fink
       Ms. Kate M. Fogarty
       Mr. Oliver J. Larson
       Mr. Timothy James Willette

District Court/Agency Case Number(s): 0:20-cv-02554-ECT

**Caption for Case Number: 23-1572**

Center for Biological Diversity

    Plaintiff - Appellee

Sarah Strommen, in her official capacity as Commissioner of the Minnesota Department of Natural Resources

    Defendant - Appellee

v.

Minnesota Trappers Association; National Trappers Association; Fur Takers of America, Inc.

    Intervenors - Appellants

**Addresses for Case Participants:   23-1572**

Mr. Gary Leistico
LEISTICO & ESCH
P.O. Box 365
Clear Lake, MN  55319

Ms. Collette Lucille Adkins
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN  55014-0595

Ms. Carla R Bebault
WARREN E. BURGER FEDERAL BUILDING
316 N. Robert Street
Saint Paul, MN  55101-0000

Ms. Jayne Eliza Esch
LEISTICO & ESCH
P.O. Box 365
Clear Lake, MN  55319

Mr. Peter J. Farrell
ATTORNEY GENERAL'S OFFICE
Suite 1400
445 Minnesota Street
Saint Paul, MN  55101-2127

Mr. Marc D. Fink
CENTER FOR BIOLOGICAL DIVERSITY
209 E. Seventh Street
Duluth, MN  55805

Ms. Kate M. Fogarty
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Mr. Oliver J. Larson
ATTORNEY GENERAL'S OFFICE
Suite 1400
445 Minnesota Street
Saint Paul, MN  55101-2127

Mr. Timothy James Willette
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320