# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 15, 2023

Mr. Gary Leistico
LEISTICO & ESCH
P.O. Box 365
Clear Lake, MN  55319

RE:  23-1572  Center for Biological Diversity, et al v. MN Trappers Association, et al

Dear Counsel;

Attached please find the updated caption for the above-mentioned case.

Michael E. Gans
Clerk of Court

CBO

Enclosure(s)

cc: Ms. Collette Lucille Adkins
    Ms. Clerk, U.S. District Court, District of Minnesota
    Ms. Jayne Eliza Esch
    Mr. Peter J. Farrell
    Mr. Marc D. Fink
    Mr. Oliver J. Larson

District Court/Agency Case Number(s):  0:20-cv-02554-ECT