Caption For Case Number: 23-1572

June 15, 2023

District Court/Agency Case Number(s): 0:20-cv-02554-ECT

**Center for Biological Diversity**

    **Plaintiff - Appellee**

v.

**Sarah Strommen, in her official capacity as Commissioner of the Minnesota Department of Natural Resources**

    **Defendant - Appellee**

v.

**Minnesota Trappers Association; National Trappers Association; Fur Takers of America, Inc.**

    **Intervenor Defendants - Appellants**